```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
```

_____ )
**NATIONAL MINING ASSOCIATION**,    )
                                    )
       Plaintiff                 )
                                    )
       v.                         ) Civil Action No. 00-283 (RWR)
                                    )
**LYNN SCARLETT**, *et al.*,        )
                                    )
       Defendants.                )
_____ )

### **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that plaintiff's Motion for Summary Judgment [15] be, and hereby is, DENIED.  It is further

ORDERED that defendant's and intervenor-defendants' Motions for Summary Judgment [23, 24] be, and hereby are, GRANTED.  This is a final, appealable Order.

SIGNED this 4th day of May, 2006.

                                                      /s/
                                      RICHARD W. ROBERTS
                                      United States District Judge